UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR08-082-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| DEANDRE LAVON OFFORD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Offense charged:   Felon in Possession of a Firearm

Date of Detention Hearing:   March 26 , 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.   Defendant has a lengthy criminal history consisting primarily of driving with a suspended license, and multiple failures to appear. His criminal record also includes felonies, and

DETENTION ORDER                                                                                        15.13
18 U.S.C. § 3142(i)                                                                                    Rev. 1/91
PAGE 1

a theft charge is currently pending in the King County Superior Court, as well as reckless driving and DWLS charges. The defendant is associated with four social security numbers and two alias names.

    2.    The defendant has no permanent residence. He was employed at the time of arrest at the auto detailing business owned by one of the co-defendants. The AUSA proffers information that alleges that defendant came forward to offer to sell a firearm to a confidential informant at that location, and indicated that he could get more firearms for sale. These weapons have not been recovered. Ammunition and a drug scale were found after a search of the location where he was residing. The AUSA alleges that defendant was a fugitive for approximately twelve hours after arrest and search warrants were issued in this case, and took steps to avoid arrest.

    3.    Defendant poses a risk of nonappearance due to multiple failures to appear, a history of failing to comply with court orders, a history of failing to appear to serve his sentence, a sporadic and short term employment history and lack of stable residence. He poses a risk of danger based on criminal history and the nature and circumstances of the instant offense.

    4.    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

    (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 26th day of March, 2008.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91