Chief Judge Robert S. Lasnik

08-CR-00082-BR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | NO. CR08-0082RSL |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |
| DEANDRE LAVON OFFORD, | ) | |
| Defendant. | ) | |

This Court, having considered the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and subject to consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c)(3), hereby accepts the plea of guilty of the defendant to the charge(s) contained in the Superseding Indictment, and the defendant is adjudged guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this 30th day of June, 2008.

/s/ RS Lasnik
UNITED STATES DISTRICT JUDGE

RULE 11 PLEA/DEANDRE LAVON OFFORD
CR08-0082RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970